UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LACHAPELLE,

                Plaintiff,

-against-

ROBYN RIHANNA FENTY p/k/a RIHANNA,
ISLAND DEF JAM MUSIC GROUP, a division of
UMG RECORDINGS, INC., MELINA
MATSOUKAS, and BLACK DOG FILMS, INC.,

                Defendants.

11 CIV 00945 (SAS)

**ORDER FOR ADMISSION
PRO HAC VICE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/1

    The motion of Steven L. D'Alessandro, for admission of Paul F. Kilmer to practice *pro hac vice* in the above-captioned action is granted.

    The movant has stated that Mr. Kilmer is a member in good standing of the bar of Washington, D.C. and that his contact information is as follows:

                Paul F. Kilmer, Esq.
                Holland & Knight LLP
                2099 Pennsylvania Avenue, N.W. Suite 100
                Washington, DC 2000
                202-663-7269
                paul.kilmer@hklaw.com

    Movant having requested admission of Paul F. Kilmer *pro hac vice* to appear for all purposes as counsel for Robyn Rihanna Fenty in the above-captioned action, and all parties having consented to such admission;

    **IT IS HEREBY ORDERED** that Paul F. Kilmer is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Mr. Kilmer shall immediately apply for an ECF password at "apply for an ECF PASSWORD."

Dated: _____8/10/11_____

                                              _____
                                      Hon. Shira A. Scheindlin, U.S.D.J.

#10536122_v1